No. 3050

Second Circuit

LYONS v. FORD

(March 14, 1928. Opinion and Decree.)
(November 8, 1928. Opinion and Decree on Rehearing.)

Barnette & Roberts; M. T. Monsour, of Shreveport, attorneys for plaintiff, appellee.

Harry V. Booth, of Shreveport, attorney for defendant, appellant.

ODOM, J. This case is before the Court without any note of evidence. When the case came up for argument in this Court it was agreed by counsel on both sides that the case be remanded to the lower court for completion of the record and for such other proceedings as might be deemed proper.

It is therefore ordered that the case be remanded to the lower court for completion of the record and for such further proceedings as may be deemed proper.